UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
HUI PING XU,

                 Plaintiff,

                 v.

KIRSTJEN NIELSEN, Secretary, Department of
Homeland Security; JEFF SESSIONS, Attorney
General of the United States; KIRT THOMPSON,
Acting Director of the USCIS, Texas Service Center,

                 Defendants.
----------------------------------------------------------- X

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ OCT 03 2018 ★
BROOKLYN OFFICE

JUDGMENT
18-CV-4378 (ENV)

       An Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on October 3, 2018; dismissing this action with prejudice, with each party to bear its own costs, expenses, and fees; it is

       ORDERED and ADJUDGED that this action is dismissed with prejudice, with each party to bear its own costs, expenses, and fees.

Dated: Brooklyn, NY
October 3, 2018

                                                   Douglas C. Palmer
                                                   Clerk of Court

                                 By:    /s/ *Jalitza Poveda*
                                                   Deputy Clerk